CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 20 2013

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JUAN AYALA,    )    | |
|     Plaintiff,    )    | Civil Action No. 7:13-cv-00501 |
| )    | |
| v.    )    | **DISMISSAL ORDER** |
| )    | |
| PAUL C. OHAI,    )    | By:   Michael F. Urbanski |
|     Defendant(s).    )    |       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 19 day of November, 2013.

/s/ Michael F. Urbanski
United States District Judge